IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>ARONELL WILLIAMS and<br>DONALD WILLIAMS,<br><br>        Defendants. | CIVIL NO: 7:18-cv-00057 |

## UNITED STATES' COMPLAINT

Plaintiff, United States of America, pursuant to 26 U.S.C. Sections 7401 and 7402, at the direction of the Attorney General of the United States, or his delegate, and at the request of the Secretary of the Treasury, or his delegate, files this complaint against defendants, Aronell Williams and Donald Williams to: (1) reduce to judgment over $300,000 in delinquent federal individual income tax assessments against defendants Donald and Aronell Williams for tax years 2005, 2006, 2012, 2013, 2014, and 2015; (2) reduce to judgment over $1,700,000 in delinquent Trust Fund Recovery Penalties assessed against defendant Aronell Williams for multiple quarters spanning 2008-2014; (3) reduce to judgment over $2,100,000 in delinquent Trust Fund Recovery Penalties assessed against defendant Donald Williams for multiple quarters spanning 2008-2014; and (4) obtain, if appropriate, the 10% surcharge available under subchapter B or C of the Federal Debt Collection Procedure Act.

## JURISDICTION AND VENUE

1.  This Court has jurisdiction pursuant to 26 U.S.C. §7402, and 28 U.S.C. §§ 1340, and 1345.

2.  Venue lies with this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because taxpayers, Donald and Aronell Williams, reside in Hidalgo County, Texas.

## PARTIES

3.  Plaintiff is the United States of America.

4.  Defendant Aronell Williams, is a taxpayer owing taxes to the United States. She resides in McAllen, Texas, which is within the jurisdiction of this court.

5.  Defendant Donald Williams, is a taxpayer owing taxes to the United States. He resides in McAllen, Texas, which is within the jurisdiction of this court.

## COUNT I (INCOME TAX LIABILITY)

6.  A delegate of the Secretary of the Treasury assessed against defendants, Aronell Williams and Donald Williams, income (Form 1040) taxes, penalties, interest, and statutory additions (the "Income Tax Liabilities") on the dates shown below, as follows (See redacted IRS transcripts at Exhibit 1):

| Year | Assessment Date | Assessed Balance | Balance plus interest & penalties minus payments through January 15, 2018 |
|------|-----------------|------------------|---------------------------------------------------------------------------|
| 2005 | 12/25/2006 | $66,317.90 | $67,033.94 |
| 2006 | 11/26/2007 | $190,890.96 | $192,951.29 |
| 2012 | 11/18/2013 | $15,295.74 | $15,460.89 |
| 2013 | 12/8/2014 | $18,577.53 | $18,862.31 |
| 2014 | 8/10/2015 | $6,884.95 | $6,989.44 |
| 2015 | 6/20/2016 | $2,663.89 | $2,715.36 |

7.  The unpaid balance of those assessments plus statutory accruals, as of January 15, 2018, was $304,013.23.

8.  The IRS assessed the Income Tax Liabilities based on the Forms 1040 that defendants Aronell and Donald Williams jointly filed with the IRS. These tax returns accurately reported the amount of tax that was due.

9.  The Income Tax Liabilities continue to accrue interest and penalties until paid.

10. Despite having been given proper notice and demand for payment of the assessments

    shown in paragraphs 6 and 7 above, Defendants Aronell and Donald Williams have not

    fully paid the amounts due for the Income Tax Liabilities. Therefore, pursuant to 26

    U.S.C. § 7402, the United States is entitled to a judgment that defendants Aronell and

    Donald Williams are liable to the United States for $304,013.23, as of January 15, 2018,

    plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C.

    §§  6601, 6621 and 28 U.S.C. § 1961(c), until paid.

### AFFIRMATIVE ALLEGATIONS THAT THE TEN-YEAR STATUTE OF LIMITATION FOR COLLECTION OF THE 2005 TAX LIABILITY HAS NOT EXPIRED

11. I.R.C. § 6502(a) provides that the statute of limitations for collection expires ten (10)

    years after the date of assessment. As shown in paragraph 6, on December 25, 2006, the

    Internal Revenue Service made assessments against Mr. and Mrs. Williams for tax year

    2005. The ten-year statute of limitations period for collection of this assessment would

    have normally expired on December 25, 2016, without any extensions or suspensions.

12. However, on June 30, 2008, the Williamses filed an offer for an installment agreement

    with the IRS. On May 29, 2010, the IRS rejected the offer for an installment agreement.

13. Similarly, on November 29, 2011, the Williamses filed an offer in compromise with the

    IRS. On July 9, 2012, the offer in compromise was withdrawn.

14.  The United States' statute of limitations to collect the Williams' Form 1040 tax liability

    for 2005 is extended by the Williamses' filing of both the offer for an installment

    agreement and the offer in compromise. Under 26 U.S.C. § 6331(k)(2)(A), the IRS is

    prohibited from pursuing a levy or any type of collection activity during the time that an

offer for an installment agreement is pending before the IRS. Similarly, under 26 U.S.C. § 6331(k)(1)(A), the IRS is prohibited from pursuing a levy or any type of collection activity during the time that an offer in compromise is pending before the IRS.

15. Under 26 U.S.C. § 6331(i)(5), the collection statute was suspended from June 30, 2008 to May 29, 2010 (*i.e.*, 698 days), and from November 29, 2011 to July 9, 2012 (*i.e.*, 223 days). Accordingly, the ten-year statute of limitations to collect the 2005 delinquent Form 1040 tax was extended from December 25, 2016 to at least July 4, 2019.

**AFFIRMATIVE ALLEGATIONS THAT THE TEN-YEAR STATUTE OF LIMITATION FOR COLLECTION OF THE 2006 TAX LIABILITY HAS NOT EXPIRED**

16. I.R.C. § 6502(a) provides that the statute of limitations for collection expires ten (10) years after the date of assessment. On November 26, 2007, the Internal Revenue Service made assessments against Mr. and Mrs. Williams for tax year 2006 as shown in paragraph 6. The ten-year statute of limitations period for collection of this assessment would have normally expired on November 26, 2017, without any extensions or suspensions.

17. However, on June 30, 2008, the Williams filed an offer for an installment agreement with the IRS. On May 29, 2010, the IRS rejected the offer for an installment agreement.

18. Similarly, on November 29, 2011, the Williamses filed an offer in compromise with the IRS. On July 9, 2012, the offer in compromise was withdrawn.

19. The United States' statute of limitations to collect the Williams' Form 1040 tax liability for 2006 is extended by the Williamses' filing of both the offer for an installment agreement and the offer in compromise. Under 26 U.S.C. § 6331(k)(2)(A), the IRS is prohibited from pursuing a levy or any type of collection activity during the time that an

offer for an installment agreement is pending before the IRS. Similarly, under 26 U.S.C. § 6331(k)(1)(A), the IRS is prohibited from pursuing a levy or any type of collection activity during the time that an offer in compromise is pending before the IRS.

20. Under 26 U.S.C. § 6331(i)(5), the collection statute was suspended from June 30, 2008 to May 29, 2010 (*i.e.*, 698 days), and from November 29, 2011 to July 9, 2012 (*i.e.*, 223 days). Accordingly, the ten-year statute of limitations to collect the 2006 delinquent Form 1040 tax was extended from November 26, 2017 to June 4, 2020.

## COUNT II (TRUST FUND RECOVERY PENALTIES ASSESSED AGAINST ARONELL WILLIAMS)

21. A-Touch Home Health Care, LTD ("ATH") is a Texas entity created in 2003.

22. Kidding Around Therapy, Inc. ("KAT") is a Texas entity created in 2004.

23. A-Touch Primary Health Care, LTD ("ATP") is a Texas entity created in 2005.

24. For various quarters spanning 2008-2014, the IRS assessed delinquent Form 941 quarterly employment taxes against ATH, KAT and ATP.

25. A delegate of the Secretary of the Treasury assessed against defendant Aronell Williams trust fund recovery penalties (26 U.S.C. § 6672) (the "Aronell TFRPs") with respect to the unpaid employment (Form 941) taxes of ATH and ATP on the dates and for the periods as follows:

| Quarter ending on | Assessment Date | Assessed Balance | Balance plus interest & penalties minus payments through January 15, 2018 | Entity with delinquent employment taxes |
|---|---|---|---|---|
| 30-Sep-08 | 12-12-2011 | $363,848.86 | $366,650.61 | ATH |
| 31-Dec-08 | 12-12-2011 | $485,162.32 | $488,898.21 | ATH |
| 31-Mar-10 | 12-12-2011 | $114,672.45 | $115,555.47 | ATH |
| 30-Jun-10 | 12-12-2011 | $201,495.06 | $203,046.63 | ATH |
| 30-Sep-10 | 12-12-2011 | $152,555.30 | $153,730.03 | ATH |
| 31-Dec-10 | 07-09-2012 | $99,088.31 | $99,851.32 | ATH |
| 31-Mar-11 | 07-09-2012 | $76,411.54 | $76,999.93 | ATH |
| 31-Dec-12 | 04-21-2014 | $151.37 | $152.54 | ATP |

| 31-Mar-13 | 04-21-2014 | $40,633.06 | $40,945.94 | ATH and ATP |
|-----------|------------|------------|------------|-------------|
| 30-Jun-13 | 08-04-2014 | $116,758.60 | $117,657.68 | ATH and ATP |
| 30-Sep-13 | 04-21-2014 | $49,509.41 | $49,890.65 | ATH and ATP |
| 31-Dec-13 | 03-09-2015 | $25,105.09 | $25,298.41 | ATH |
| 31-Mar-14 | 03-09-2015 | $38,866.19 | $39,165.47 | ATP |
| 30-Jun-14 | 03-09-2015 | $3,736.13 | $3,764.90 | ATP |
| TOTAL DUE BY Aronell Williams: $1,781,607.79 through January 15, 2018 | | | | |

26. As of January 15, 2018, the unpaid balance of the Aronell TFRPs, plus statutory accruals, was $1,781,607.79.

27. The Aronell TFRPs continue to accrue interest and penalties until paid.

28. Despite having been given proper notice and demand for payment of the assessments shown in paragraph 25, above, Defendant Aronell Williams has not fully paid the amount due. Therefore, pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that defendant Aronell Williams is liable to the United States for $1,781,607.79, as of January 15, 2018, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid.

## COUNT III (TRUST FUND RECOVERY PENALTIES ASSESSED AGAINST DONALD WILLIAMS)

29. A delegate of the Secretary of the Treasury assessed against defendant Donald Williams trust fund recovery penalties (26 U.S.C. § 6672) (the "Donald TFRPs") with respect to the unpaid employment (Form 941) taxes of ATH, KAT and ATP on the dates and for the periods as follows:

| Quarter ending on | Assmt. Date | Assessed Bal. | Balance plus interest & penalties minus payments through January 15, 2018 | Entity with delinquent employment taxes |
|-------------------|-------------|---------------|----------------------------------------------------------------------------|-----------------------------------------|
| 31-Mar-08 | 12-06-2011 | $41,064.42 | $42,060.91 | KAT |
| 30-Jun-08 | 12-06-2011 | $56,870.72 | $57,484.75 | KAT |
| 30-Sep-08 | 12-05-2011 | $414,183.81 | $418,655.76 | KAT/ATH |
| 31-Dec-08 | 12-05-2011 | $525,654.20 | $531,329.69 | KAT/ATH |
| 31-Mar-09 | 12-06-2011 | $40,400.98 | $40,837.19 | KAT |

| 30-Jun-09 | 12-06-2011 | $26,756.84 | $27,041.63 | KAT |
|---|---|---|---|---|
| 30-Sep-09 | 12-06-2011 | $31,763.46 | $32,106.40 | KAT |
| 31-Dec-09 | 12-06-2011 | $25,265.00 | $25,537.78 | KAT |
| 31-Mar-10 | 12-05-2011 | $114,386.92 | $115,621.96 | ATH |
| 30-Jun-10 | 12-05-2011 | $200,993.36 | $203,163.48 | ATH |
| 30-Sep-10 | 12-05-2011 | $152,175.43 | $153,818.47 | ATH |
| 31-Dec-10 | 07-09-2012 | $98,875.37 | $99,942.93 | ATH |
| 31-Mar-11 | 07-09-2012 | $76,177.44 | $76,999.93 | ATH |
| 31-Dec-12 | 04-21-2014 | $0 | $68.82 | ATP |
| 31-Mar-13 | 04-21-2014 | $35,773.14 | $41,013.34 | ATP |
| 30-Jun-13 | 08-04-2014 | $105,821.66 | $117,657.68 | ATH/ATP |
| 30-Sep-13 | 04-21-2014 | $43,860.01 | $49,890.65 | ATH/ATP |
| 31-Dec-13 | 03-09-2015 | $22,809.91 | $25,298.41 | ATH/ATP |
| 31-Mar-14 | 03-09-2015 | $35,312.34 | $39,165.47 | ATP |
| 30-Jun-14 | 03-09-2015 | $3,394.52 | $3,764.90 | ATP |
| TOTAL DUE BY Donald Williams: $2,101,460.15 through January 15, 2018 | | | | |

30. As of January 15, 2018, the unpaid balance of the Donald TFRPs, plus statutory accruals, was $2,101,460.15.

31. The Donald TFRPs continue to accrue interest and penalties until paid.

32. Despite having been given proper notice and demand for payment of the assessments shown in paragraph 29, above, Defendant Donald Williams has not fully paid the amount due. Therefore, pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that defendant Donald Williams is liable to the United States for $2,101,460.15, as of January 15, 2018, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid.

**COUNT IV (FEDERAL DEBT COLLECTION PROCEDURE ACT)**

33. 28 U.S.C. § 3011 authorizes the United States to recover a surcharge of 10% of the amount of the debt in the event the United States avails itself of the pre-judgment or post judgment relief as set forth in Subchapter B or C of the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001 *et. seq.*, in order to cover the cost of processing and handling the litigation and enforcement under this chapter of the claim for such debt.

**Prayer**

The United States respectfully requests that the Court issue an order providing the following relief:

A.  That the Court reduce to judgment the Income Tax Liabilities of Aronell and Donald Williams in the amount of $304,013.23, and for interest, penalties, and statutory additions on that amount from January 15, 2018, until paid;

B.  That the Court reduce to judgment the trust fund recovery penalties assessed against Aronell Williams in the amount of $1,781,607.79, and for interest, penalties, and statutory additions on that amount from January 15, 2018, until paid;

C.  That the Court reduce to judgment the trust fund recovery penalties assessed against Donald Williams in the amount of $2,101,460.15, and for interest, penalties, and statutory additions on that amount from January 15, 2018, until paid;

D.  That the United States be awarded the 10% surcharge authorized under 28 U.S.C. § 3011.

E.  That the United States have such further relief as this Court may deem just and proper, including its costs herein.

Respectfully submitted,

RYAN PATRICK
United States Attorney

/s/ Ignacio Perez de la Cruz
IGNACIO PEREZ DE LA CRUZ
Trial Attorney
Attorney-in-charge
SDTX Federal ID No. 2433910
Massachusetts Bar No. 672618
Ignacio.PerezdelaCruz@usdoj.gov
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9759
(214) 880-9742 (Fax)
ATTORNEY FOR THE UNITED STATES

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-24-2018
Response Date: 01-24-2018
Tracking Number: 100367108365

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2005

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

DONALD L & ARONELL E WILLIAMS

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        66,317.90
ACCRUED INTEREST:       716.04          AS OF: Jan. 15, 2018
ACCRUED PENALTY:        0.00            AS OF: Jan. 15, 2018

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):    67,033.94

          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:            02
FILING STATUS:         Married Filing Joint
ADJUSTED GROSS
   INCOME:             1,191,476.00
TAXABLE INCOME:        1,093,291.00
TAX PER RETURN:        357,386.00
SE TAXABLE INCOME
   TAXPAYER:           0.00
SE TAXABLE INCOME
   SPOUSE:             0.00
TOTAL SELF
   EMPLOYMENT TAX:     672.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Oct. 16, 2006
PROCESSING DATE                                               Dec. 25, 2006

**Exhibit**
1

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed<br>18221-299-86308-6 | 20065008 | 12-25-2006 | $357,386.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2006 | -$232,641.00 |
| 460 | Extension of time to file tax return<br>ext. Date 10-15-2006 | | 04-15-2006 | $0.00 |
| 670 | Payment | | 04-15-2006 | -$10,000.00 |
| 960 | Appointed representative | | 09-06-2006 | $0.00 |
| 170 | Penalty for not pre-paying tax<br>12-11-2020 | 20065008 | 12-25-2006 | $3,916.00 |
| 276 | Penalty for late payment of tax | 20065008 | 12-25-2006 | $5,163.52 |
| 196 | Interest charged for late payment | 20065008 | 12-25-2006 | $6,316.13 |
| 971 | Tax period blocked from automated<br>levy program | | 02-04-2008 | $0.00 |
| 971 | Tax period blocked from automated<br>levy program | | 02-25-2008 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- issued | | 05-24-2008 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- issued | | 05-24-2008 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- return receipt<br>signed | | 05-27-2008 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- return receipt<br>signed | | 05-27-2008 | $0.00 |
| 971 | Pending installment agreement | | 06-30-2008 | $0.00 |
| 960 | Appointed representative | | 10-21-2008 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- issued | | 10-16-2008 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- issued | | 10-16-2008 | $0.00 |

| | | | |
|---|---|---|---|
| 971 | Collection due process request received timely | 10-27-2008 | $0.00 |
| 971 | Collection due process levy (hearing) request or levy and lien ( hearing) request received | 10-27-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaim ed | 11-05-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaim ed | 11-05-2008 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 10-27-2008 | $0.00 |
| 960 | Appointed representative | 02-25-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 06-26-2009 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 05-09-2009 | $0.00 |
| 960 | Appointed representative | 07-16-2009 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Dete rmination letter issued, you waived judicial review or withdrew the hear ing request | 07-11-2009 | $0.00 |
| 960 | Appointed representative | 08-13-2009 | $0.00 |
| 971 | Notice issued | 03-22-2010 | $0.00 |
| 276 | Penalty for late payment of tax 20101008 | 03-22-2010 | $23,522.73 |
| 960 | Appointed representative | 04-06-2010 | $0.00 |
| 960 | Appointed representative | 04-20-2010 | $0.00 |
| 971 | Tax period blocked from automated levy program | 05-24-2010 | $0.00 |
| 971 | Pending installment agreement | 05-29-2010 | $0.00 |
| 971 | Pending installment agreement | 03-31-2010 | $0.00 |

| 972 | Removed Installment Agreement | 05-29-2010 | $0.00 |
| 971 | Pending installment agreement | 07-21-2010 | $0.00 |
| 960 | Appointed representative | 02-01-2011 | $0.00 |
| 960 | Appointed representative | 05-16-2011 | $0.00 |
| 706 | Credit transferred in from 1040 201012 | 04-15-2011 | -$13,511.02 |
| 670 | Payment | 11-14-2011 | -$150.00 |
| 670 | Payment | 11-14-2011 | -$2,996.34 |
| 670 | Payment | 11-14-2011 | -$2,254.46 |
| 670 | Payment | 11-14-2011 | -$150.00 |
| 480 | Received offer in compromise | 11-29-2011 | $0.00 |
| 480 | Received offer in compromise | 11-29-2011 | $0.00 |
| 670 | Payment | 12-21-2011 | -$2,254.46 |
| 670 | Payment | 12-21-2011 | -$2,996.34 |
| 960 | Appointed representative | 01-27-2012 | $0.00 |
| 480 | Received offer in compromise | 11-29-2011 | $0.00 |
| 670 | Payment | 02-21-2012 | -$2,996.34 |
| 670 | Payment | 02-21-2012 | -$2,254.46 |
| 670 | Payment | 04-27-2012 | -$1,500.00 |
| 582 | Lien placed on assets due to balance owed | 05-11-2012 | $0.00 |
| 363 | Fees and other expenses for collection | 06-04-2012 | $166.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 05-15-2012 | $0.00 |
| 670 | Payment | 05-29-2012 | -$1,500.00 |
| 670 | Payment | 06-26-2012 | -$1,500.00 |

| 482 | Withdrawn offer in compromise | 07-09-2012 | $0.00 |
| 971 | Pending installment agreement | 07-09-2012 | $0.00 |
| 706 | Credit transferred in from 1040 200412 | 01-20-2012 | −$2,996.34 |
| 706 | Credit transferred in from 1040 200412 | 03-27-2012 | −$2,996.34 |
| 670 | Payment | 07-20-2012 | −$1,454.00 |
| 971 | Installment agreement established | 07-17-2012 | $0.00 |
| 971 | Installment agreement established | 07-09-2012 | $0.00 |
| 670 | Payment | 08-20-2012 | −$1,454.00 |
| 670 | Payment | 09-20-2012 | −$1,349.00 |
| 670 | Payment | 10-19-2012 | −$1,454.00 |
| 706 | Credit transferred in from 1040 201112 | 04-15-2012 | −$31,487.00 |
| 672 | Removed payment CIVIL PENALTY 201201 | 09-20-2012 | $105.00 |
| 673 | Payment | 09-20-2012 | −$105.00 |
| 670 | Payment | 11-21-2012 | −$1,454.00 |
| 670 | Payment | 12-21-2012 | −$1,454.00 |
| 670 | Payment | 01-23-2013 | −$1,454.00 |
| 670 | Payment | 02-21-2013 | −$1,454.00 |
| 670 | Payment | 03-22-2013 | −$2,454.00 |
| 670 | Payment | 04-25-2013 | −$1,454.00 |
| 670 | Payment | 01-20-2012 | −$2,254.46 |
| 670 | Payment | 05-22-2013 | −$1,454.00 |
| 670 | Payment | 06-24-2013 | −$1,454.00 |
| 670 | Payment | 07-23-2013 | −$1,454.00 |

| 582 | Lien placed on assets due to balance owed | | 03-27-2015 | $0.00 |
|-----|---|---|---|---|
| 363 | Fees and other expenses for collection | | 04-20-2015 | $60.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 04-02-2015 | $0.00 |
| 971 | No longer in installment agreement status | | 02-01-2014 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-26-2016 | $0.00 |
| 363 | Fees and other expenses for collection | | 03-21-2016 | $184.00 |
| 673 | Payment | | 12-01-2015 | -$24,474.95 |
| 360 | Fees and other expenses for collection | | 03-28-2016 | $410.00 |
| 673 | Payment | | 12-01-2015 | -$25,500.00 |
| 694 | Payment of fees/costs only Seizure and Sale | | 12-01-2015 | -$1,025.05 |
| 706 | Credit transferred in from 1040 201512 | | 04-15-2016 | -$2,405.00 |
| 361 | Reduced or removed fees and other expenses for collection | | 03-28-2016 | -$512.53 |
| 363 | Fees and other expenses for collection | | 03-28-2016 | $102.53 |
| 290 | Additional tax assessed 29254-431-05000-7 | 20170505 | 02-20-2017 | $0.00 |
| 673 | Payment | | 12-01-2015 | -$24,987.48 |
| 673 | Payment | | 12-01-2015 | -$24,987.47 |
| 672 | Removed payment 1040 200512 | | 12-01-2015 | $24,987.48 |
| 672 | Removed payment | | 12-01-2015 | $24,987.47 |

1040 200512

| | | | | |
|---|---|---|---|---|
| 695 | Removed payment of fees/costs only | | 12-01-2015 | $512.53 |
| 360 | Fees and other expenses for collection | | 02-27-2017 | $512.53 |
| 290 | Additional tax assessed 29254-431-05001-7 | 20170605 | 02-27-2017 | $0.00 |
| 361 | Reduced or removed fees and other expenses for collection | | 03-28-2016 | -$512.52 |
| 363 | Fees and other expenses for collection | | 03-28-2016 | $512.52 |
| 290 | Additional tax assessed 29254-458-05001-7 | 20170905 | 03-20-2017 | $0.00 |
| 673 | Payment | | 12-01-2015 | -$512.53 |
| 672 | Removed payment | | 12-01-2015 | $24,474.95 |
| 672 | Removed payment | | 12-01-2015 | $25,500.00 |
| 672 | Removed payment | | 12-01-2015 | $512.53 |
| 695 | Removed payment of fees/costs only | | 12-01-2015 | $512.52 |
| 670 | Payment | | 12-01-2015 | -$24,987.48 |
| 360 | Fees and other expenses for collection | | 05-15-2017 | $512.52 |
| 670 | Payment | | 12-01-2015 | -$24,987.47 |
| 360 | Fees and other expenses for collection | | 05-15-2017 | $512.53 |
| 694 | Payment of fees/costs only Seizure and Sale | | 12-01-2015 | -$512.52 |
| 694 | Payment of fees/costs only Seizure and Sale | | 12-01-2015 | -$512.53 |
| 971 | Notice issued | | 10-09-2017 | $0.00 |
| 196 | Interest charged for late payment | 20173805 | 10-09-2017 | $57,706.50 |
| 520 | Bankruptcy or other legal action | | 10-19-2017 | $0.00 |

filed

971  First Levy Issued on Module                    12-18-2017              $0.00

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-24-2018
Response Date: 01-24-2018
Tracking Number: 100367108365

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2006

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

DONALD L & ARONELL E WILLIAMS

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          190,890.96
ACCRUED INTEREST:         2,060.33          AS OF: Jan. 15, 2018
ACCRUED PENALTY:          0.00              AS OF: Jan. 15, 2018

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):      192,951.29

          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               02
FILING STATUS:            Married Filing Joint
ADJUSTED GROSS
    INCOME:               1,130,710.00
TAXABLE INCOME:           1,024,753.00
TAX PER RETURN:           332,314.00
SE TAXABLE INCOME
    TAXPAYER:             0.00
SE TAXABLE INCOME
    SPOUSE:               0.00
TOTAL SELF
    EMPLOYMENT TAX:       400.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Oct. 18, 2007
PROCESSING DATE                                              Nov. 26, 2007

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed 18221-303-30005-7 | 20074608 | 11-26-2007 | $332,314.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2007 | -$185,579.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2007 | | 04-15-2007 | $0.00 |
| 766 | Credit to your account | | 04-15-2007 | -$31,076.00 |
| 766 | Credit to your account | | 04-15-2007 | -$34.15 |
| 776 | Interest credited to your account | | 04-15-2007 | -$5.85 |
| 170 | Penalty for not pre-paying tax 11-12-2021 | 20074608 | 11-26-2007 | $4,334.00 |
| 276 | Penalty for late payment of tax | 20074608 | 11-26-2007 | $4,624.76 |
| 196 | Interest charged for late payment | 20074608 | 11-26-2007 | $5,844.03 |
| 960 | Appointed representative | | 01-10-2008 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 02-25-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 05-24-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 05-24-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 05-27-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 05-27-2008 | $0.00 |
| 971 | Pending installment agreement | | 06-30-2008 | $0.00 |
| 960 | Appointed representative | | 10-21-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 10-16-2008 | $0.00 |
| 971 | Collection due process Notice of | | 10-16-2008 | $0.00 |

Intent to Levy -- issued

| 971 | Collection due process levy (hearing) request or levy and lien ( hearing) request received | | 10-27-2008 | $0.00 |
|-----|-----|-----|-----|-----|
| 971 | Collection due process request received timely | | 10-27-2008 | $0.00 |
| 670 | Payment | | 11-10-2008 | -$20,000.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaim ed | | 11-05-2008 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaim ed | | 11-05-2008 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 10-27-2008 | $0.00 |
| 960 | Appointed representative | | 02-25-2009 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-26-2009 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 05-09-2009 | $0.00 |
| 960 | Appointed representative | | 07-16-2009 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Dete rmination letter issued, you waived judicial review or withdrew the hear ing request | | 07-11-2009 | $0.00 |
| 960 | Appointed representative | | 08-13-2009 | $0.00 |
| 971 | Notice issued | | 03-22-2010 | $0.00 |
| 276 | Penalty for late payment of tax | 20101008 | 03-22-2010 | $22,179.98 |
| 960 | Appointed representative | | 04-06-2010 | $0.00 |
| 960 | Appointed representative | | 04-20-2010 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 05-24-2010 | $0.00 |

| | | | |
|---|---|---|---|
| 971 | Pending installment agreement | 05-29-2010 | $0.00 |
| 971 | Pending installment agreement | 03-31-2010 | $0.00 |
| 972 | Removed Installment Agreement | 05-29-2010 | $0.00 |
| 971 | Pending installment agreement | 07-21-2010 | $0.00 |
| 960 | Appointed representative | 02-01-2011 | $0.00 |
| 960 | Appointed representative | 05-16-2011 | $0.00 |
| 480 | Received offer in compromise | 11-29-2011 | $0.00 |
| 480 | Received offer in compromise | 11-29-2011 | $0.00 |
| 480 | Received offer in compromise | 11-29-2011 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 05-11-2012 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 05-15-2012 | $0.00 |
| 482 | Withdrawn offer in compromise | 07-09-2012 | $0.00 |
| 971 | Pending installment agreement | 07-09-2012 | $0.00 |
| 971 | Installment agreement established | 07-17-2012 | $0.00 |
| 971 | Installment agreement established | 07-09-2012 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 03-27-2015 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 04-02-2015 | $0.00 |
| 971 | No longer in installment agreement status | 02-01-2014 | $0.00 |
| 971 | Notice issued | 10-09-2017 | $0.00 |
| 196 | Interest charged for late payment 20173805 | 10-09-2017 | $58,105.19 |
| 582 | Lien placed on assets due to balance owed | 09-22-2017 | $0.00 |
| 520 | Bankruptcy or other legal action | 10-19-2017 | $0.00 |

filed

| 360 | Fees and other expenses for collection | 11-13-2017 | $184.00 |
| 971 | First Levy Issued on Module | 12-18-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-24-2018
Response Date: 01-24-2018
Tracking Number: 100367108365

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

DONALD & ARONELL WILLIAMS
536 COFFEE MILL DR
EDINBURG, TX 78541-1309-363

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:       15,295.74
ACCRUED INTEREST:       165.15          AS OF: Jan. 15, 2018
ACCRUED PENALTY:         0.00          AS OF: Jan. 15, 2018

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):    15,460.89

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:            02
FILING STATUS:         Married Filing Joint
ADJUSTED GROSS
   INCOME:            121,376.00
TAXABLE INCOME:        91,031.00
TAX PER RETURN:         9,741.00
SE TAXABLE INCOME
   TAXPAYER:            0.00
SE TAXABLE INCOME
   SPOUSE:              0.00
TOTAL SELF
   EMPLOYMENT TAX:      0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Oct. 15, 2013
PROCESSING DATE                                                Nov. 18, 2013

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|-----------------------------|-------|------|--------|
| 150 | Tax return filed 76211-688-15154-3 | 20134405 | 11-18-2013 | $9,741.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2013 | -$6,167.00 |
| 960 | Appointed representative | | 06-04-2012 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | | 04-08-2013 | $0.00 |
| 960 | Appointed representative | | 09-26-2013 | $0.00 |
| 276 | Penalty for late payment of tax | 20134405 | 11-18-2013 | $142.96 |
| 196 | Interest charged for late payment | 20134405 | 11-18-2013 | $64.31 |
| 971 | Notice issued | | 11-18-2013 | $0.00 |
| 922 | Review of unreported income | | 02-02-2015 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 03-20-2014 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 03-20-2014 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 03-28-2014 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- return receipt signed | | 03-28-2014 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 04-11-2014 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 04-15-2014 | $0.00 |
| 240 | Miscellaneous penalty IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty 03-09-2025 29254-443-67407-5 | 20150705 | 03-09-2015 | $1,239.00 |

| 290 | Additional tax assessed<br>29254-443-67407-5 | 20150705 03-09-2015 | $6,196.00 |
| 971 | Notice issued | 03-09-2015 | $0.00 |
| 582 | Lien placed on assets due to<br>balance owed | 03-27-2015 | $0.00 |
| 971 | Issued notice of lien filing and<br>right to Collection Due Process hear<br>ing | 04-02-2015 | $0.00 |
| 582 | Lien placed on assets due to<br>balance owed | 10-09-2015 | $0.00 |
| 360 | Fees and other expenses for<br>collection | 11-02-2015 | $62.00 |
| 971 | Issued notice of lien filing and<br>right to Collection Due Process hear<br>ing | 10-13-2015 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- issued | 12-10-2015 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- issued | 12-10-2015 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- return receipt<br>signed | 12-21-2015 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- return receipt<br>signed | 12-21-2015 | $0.00 |
| 971 | Notice issued | 10-09-2017 | $0.00 |
| 196 | Interest charged for late payment | 20173805 10-09-2017 | $1,717.93 |
| 276 | Penalty for late payment of tax | 20173805 10-09-2017 | $2,299.54 |
| 520 | Bankruptcy or other legal action<br>filed | 10-19-2017 | $0.00 |
| 971 | First Levy Issued on Module | 12-18-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-24-2018
Response Date: 01-24-2018
Tracking Number: 100367108365

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

DONALD & ARONELL WILLIAMS
536 COFFEE MILL DR
EDINBURG, TX 78541-1309-363

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          18,577.53
ACCRUED INTEREST:         200.58          AS OF: Jan. 15, 2018
ACCRUED PENALTY:          84.20           AS OF: Jan. 15, 2018

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):       18,862.31

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               02
FILING STATUS:            Married Filing Joint
ADJUSTED GROSS
   INCOME:                133,213.00
TAXABLE INCOME:           109,655.00
TAX PER RETURN:           17,166.00
SE TAXABLE INCOME
   TAXPAYER:              0.00
SE TAXABLE INCOME
   SPOUSE:                0.00
TOTAL SELF
   EMPLOYMENT TAX:        0.00

```
RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Nov. 03, 2014
PROCESSING DATE                                               Dec. 08, 2014

                              TRANSACTIONS
     CODE  EXPLANATION OF TRANSACTION        CYCLE     DATE            AMOUNT
     150   Tax return filed                  20144705  12-08-2014    $17,166.00
           18221-312-59912-4

     806   W-2 or 1099 withholding                     04-15-2014    -$5,659.00

     960   Appointed representative                    06-10-2013         $0.00

     460   Extension of time to file tax return        04-13-2014         $0.00
           ext. Date 10-15-2014

     610   Payment with return                         11-03-2014      -$500.00

     166   Penalty for filing tax return after the due date20144705 12-08-2014    $517.81
           12-08-2024

     276   Penalty for late payment of tax   20144705  12-08-2014       $457.77

     196   Interest charged for late payment  20144705 12-08-2014       $227.20

     971   Notice issued                               12-08-2014         $0.00

     582   Lien placed on assets due to                01-30-2015         $0.00
           balance owed

     360   Fees and other expenses for                 02-23-2015        $62.00
           collection

     971   Collection due process Notice of            01-27-2015         $0.00
           Intent to Levy -- issued

     971   Collection due process Notice of            01-27-2015         $0.00
           Intent to Levy -- issued

     971   Issued notice of lien filing and            02-05-2015         $0.00
           right to Collection Due Process hear
           ing

     971   Collection due process Notice of            02-05-2015         $0.00
           Intent to Levy -- return receipt
           signed

     971   Collection due process Notice of            02-25-2015         $0.00
           Intent to Levy -- refused or unclaim
           ed

     582   Lien placed on assets due to                03-27-2015         $0.00
```

balance owed

| 922 | Review of unreported income | | 10-31-2016 | $0.00 |
|---|---|---|---|---|
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 04-02-2015 | $0.00 |
| 160 | Penalty for filing tax return after the due date 11-21-2026 | 20164405 | 11-21-2016 | $105.00 |
| 290 | Additional tax assessed 18254-701-65171-6 | 20164405 | 11-21-2016 | $2,105.00 |
| 971 | Notice issued | | 11-21-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-13-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-13-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-23-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 06-27-2017 | $0.00 |
| 971 | Notice issued | | 10-09-2017 | $0.00 |
| 196 | Interest charged for late payment | 20173805 | 10-09-2017 | $1,573.78 |
| 276 | Penalty for late payment of tax | 20173805 | 10-09-2017 | $2,521.97 |
| 520 | Bankruptcy or other legal action filed | | 10-19-2017 | $0.00 |
| 971 | First Levy Issued on Module | | 12-18-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 01-24-2018
Response Date: 01-24-2018
Tracking Number: 100367108365

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

DONALD & ARONELL WILLIAMS
536 COFFEE MILL DR
EDINBURG, TX 78541-1309-363

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          6,884.95
ACCRUED INTEREST:         74.34          AS OF: Jan. 15, 2018
ACCRUED PENALTY:          30.15          AS OF: Jan. 15, 2018

ACCOUNT BALANCE
    PLUS ACCRUALS
    (this is not a
    payoff amount):      6,989.44

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:              02
FILING STATUS:           Married Filing Joint
ADJUSTED GROSS
    INCOME:              65,250.00
TAXABLE INCOME:          42,714.00
TAX PER RETURN:          4,496.00
SE TAXABLE INCOME
    TAXPAYER:            0.00
SE TAXABLE INCOME
    SPOUSE:              0.00
TOTAL SELF
    EMPLOYMENT TAX:      0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Jun. 08, 2015
PROCESSING DATE                                                Aug. 10, 2015

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed<br>09221-192-99016-5 | 20152905 | 08-10-2015 | $4,496.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2015 | -$4,002.00 |
| 460 | Extension of time to file tax return<br>ext. Date 10-15-2015 | | 04-15-2015 | $0.00 |
| 276 | Penalty for late payment of tax | 20152905 | 08-10-2015 | $9.88 |
| 196 | Interest charged for late payment | 20152905 | 08-10-2015 | $4.77 |
| 971 | Notice issued | | 08-10-2015 | $0.00 |
| 582 | Lien placed on assets due to<br>balance owed | | 10-09-2015 | $0.00 |
| 971 | Issued notice of lien filing and<br>right to Collection Due Process hear<br>ing | | 10-13-2015 | $0.00 |
| 922 | Review of unreported income | | 12-27-2016 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- issued | | 12-10-2015 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- issued | | 12-10-2015 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- return receipt<br>signed | | 12-21-2015 | $0.00 |
| 971 | Collection due process Notice of<br>Intent to Levy -- return receipt<br>signed | | 12-21-2015 | $0.00 |
| 807 | Reduced or removed W-2 or 1099<br>withholding | | 04-15-2015 | $3,743.00 |
| 290 | Additional tax assessed<br>18254-756-67834-6 | 20165105 | 01-09-2017 | $1,005.00 |
| 971 | Notice issued | | 01-09-2017 | $0.00 |
| 971 | Collection due process Notice of | | 06-13-2017 | $0.00 |

Intent to Levy -- issued

| | | | |
|---|---|---|---|
| 971 | Collection due process Notice of Intent to Levy -- issued | 06-13-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 06-23-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 06-27-2017 | $0.00 |
| 971 | Notice issued | 10-09-2017 | $0.00 |
| 196 | Interest charged for late payment | 20173805 10-09-2017 | $488.48 |
| 276 | Penalty for late payment of tax | 20173805 10-09-2017 | $1,139.82 |
| 520 | Bankruptcy or other legal action filed | 10-19-2017 | $0.00 |
| 971 | First Levy Issued on Module | 12-18-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data

 IRS Logo

```
MEMPHIS, TN 37501-1498

                                          Tracking ID: 100367108365
                                          Date of Issue: 01-24-2018

IGNACIO PEREZ DE LA CRUZ DOJ TAX DIVISION
536 COFFEE MILL DR
EDINBURG, TX 78541

                                          Tax Period: December, 2015
```

**Information about the Request We Received**

In this letter, we'll report the status of the request we received.

We've enclosed the transcript or transcripts that you requested on January 24, 2018.

A transcript of account shows a summary of your tax return and subsequent actions taken. These actions could include payments, amended returns, and corrections we made to the original return due to math mistakes.

Information for current tax years is available immediately on our computer systems. Delivery time to you depends on how you submit your request and the delivery method you select to receive the information.

If you have any questions about information contained in the transcripts or other enclosed information, please call us at the IRS telephone number listed in your local directory or at 1-800-829-0922.

Sincerely Yours,

 Signature

```
Patricia LaPosta, Director
Electronic Products & Svcs Support
```

```
Enclosures:
Account Transcript
```

☒ IRS Logo

```
┌─────────────────────────────────────────────────────────────────┐
│           This Product Contains Sensitive Taxpayer Data            │
└─────────────────────────────────────────────────────────────────┘
```

# **Account Transcript**

|  |  |
|---|---|
| Request Date: | 01-24-2018 |
| Response Date: | 01-24-2018 |
| Tracking Number: | 100367108365 |

FORM NUMBER:      1040A

TAX PERIOD:      Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER:

SPOUSE TAXPAYER IDENTIFICATION NUMBER:

DONALD & ARONELL WILLIAMS

536 COFFEE MILL DR

EDINBURG, TX 78541-1309-363

```
         --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---
```

ACCOUNT BALANCE:                           2,663.89

ACCRUED INTEREST:                             22.57  AS OF: Jan. 15, 2018

ACCRUED PENALTY:                              28.90  AS OF: Jan. 15, 2018


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):             2,715.36

```
       ** INFORMATION FROM THE RETURN OR AS ADJUSTED **
```

EXEMPTIONS:                                   02

FILING STATUS:                 Married Filing Joint

ADJUSTED GROSS INCOME:            60,349.00

TAXABLE INCOME:                   39,749.00

TAX PER RETURN:                    3,109.00

SE TAXABLE INCOME TAXPAYER:             0.00

SE TAXABLE INCOME SPOUSE:               0.00

TOTAL SELF EMPLOYMENT TAX:              0.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)     May  16, 2016

PROCESSING DATE                                                 Jun. 20, 2016

```
┌─────────────────────────────────────────────────────────────────┐
│                            TRANSACTIONS                            │
└─────────────────────────────────────────────────────────────────┘
```

**CODE**                          **CYCLE   DATE   AMOUNT**

Case 7:18-cv-00057   Document 1-1   Filed in TXSD on 02/28/18   Page 25 of 25

## EXPLANATION OF
## TRANSACTION

| 150 | Tax return filed | 20162205 | 06-20-2016 | $3,109.00 |
| n/a | 18209-142-57049-6 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2016 | -$5,514.00 |
| 826 | Credit transferred out to 1040 200512 | | 04-15-2016 | $2,405.00 |
| 971 | Notice issued CP 0049 | | 06-20-2016 | $0.00 |
| 922 | Review of unreported income | | 10-10-2017 | $0.00 |
| 240 | Miscellaneous penalty IRC 6662(c), (d), (e), (f), (g), or (h) Accuracy-Related Penalty 10-30-2027 | 20174105 | 10-30-2017 | $385.00 |
| n/a | 18254-678-66591-7 | | | |
| 290 | Additional tax assessed 10-30-2027 | 20174105 | 10-30-2017 | $1,927.00 |
| n/a | 18254-678-66591-7 | | | |
| 166 | Penalty for filing tax return after the due date 10-30-2027 | 20174105 | 10-30-2017 | $192.70 |
| 196 | Interest charged for late payment | 20174105 | 10-30-2017 | $159.19 |
| 971 | Notice issued CP 0022 | | 10-30-2017 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Department of Justice, Tax Division
Ignacio Perez de la Cruz
717 N. Harwood, Suite 400, Dallas, Texas 75201, (214)880-9759

### DEFENDANTS

ARONELL WILLIAMS and
DONALD WILLIAMS

County of Residence of First Listed Defendant      Hidalgo
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
        Plaintiff

☐ 2   U.S. Government
        Defendant

☐ 3   Federal Question
        *(U.S. Government Not a Party)*

☐ 4   Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 751 Family and Medical Leave Act | | ☐ 893 Environmental Matters ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
        Proceeding

☐ 2   Removed from
        State Court

☐ 3   Remanded from
        Appellate Court

☐ 4   Reinstated or
        Reopened

☐ 5   Transferred from
        Another District
        *(specify)*

☐ 6   Multidistrict
        Litigation -
        Transfer

☐ 8   Multidistrict
        Litigation -
        Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. Sections 7401 and 7402
Brief description of cause:
reduce to judgment delinquent federal individual income tax assessments and Trust Fund Recovery Penalties

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $
4,187,081.17

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD
/s/ Ignacio Perez de la Cruz

**FOR OFFICE USE ONLY**

RECEIPT #              AMOUNT              APPLYING IFP              JUDGE              MAG. JUDGE

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.